JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>TOM JORDAN, a California resident,<br><br>        Defendant. | Case No.:  SACV 12-00380 CJC (ANx)<br><br><br>ORDER FOR DISMISSAL |

    This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiff, Red.com, Inc. dba Red Digital Camera (hereinafter referred to as "Red") and Defendant, Tom Jordan have settled their differences with respect to the matters in dispute by way of a separate agreement between the parties. On the consent of the parties and their attorneys, and good cause having been shown,

… … …

… … …

1 **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:

2 That all claims, counterclaims and defenses of Red and Defendants are

3 dismissed with prejudice.

4

5 DATED: 4/12/12   _____

6 U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28